UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Magistrate Judge |
| MICHAEL KING, | ) | Morton Denlow |
| CLAUDE MCKAY III | ) | |
| | ) | 08 CR 561 |
| | ) | |

## ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to Seal the Complaint, Affidavit, Arrest Warrants, Search Warrants, Seizure Warrants and Orders, and having demonstrated good cause in support of its motion, to wit that if the defendants were made aware of the facts contained in the affidavit and of the issuance of the Arrest, Search and Seizure Warrants, then the investigation and the execution of the Arrest, Search and Seizure Warrants would be jeopardized.

IT IS HEREBY ORDERED THAT the Complaint, Affidavit, Arrest Warrants, Search Warrants, Seizure Warrants and Orders be sealed until the the initial appearance of the first of the Arrest Warrants in this case, but no later than August 18, 2008.

ENTER:

_____
MORTON DENLOW
United States Magistrate Judge

DATE: July 16, 2008