# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 561 - 2 | **DATE** | 7/29/2008 |
| **CASE TITLE** | USA vs. Claude McKay, III | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant arrested 7/17/08 and has signed a series of waiver forms. Enter order appointing Rose Lindsay as counsel for defendant. Defendant informed of his rights. Defendant waives preliminary examination; Enter a finding of probable cause; Order Defendant bound to the District Court for further proceedings. Bond hearing held. Enter Order Setting Conditions of Release. Hearing set for 8/11/08 at 10:00 a.m. for posting of secured bond.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|