**F I L E D**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JUL 2 9 2008

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| USA V. KING ETAL | 08 CR 561-2 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CLAUDE McKAY III

| SIGNATURE s/ *Rose Lindsay*    ROSE LINDSAY |
|---|
| FIRM    FEDERAL DEFENDER PROGRAM |
| STREET ADDRESS    55 E MONROE ST, STE 2800 |
| CITY/STATE/ZIP    CHICAGO IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    6280480 | TELEPHONE NUMBER    312. 621. 8342 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [X]