## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 561 - 2 | **DATE** | 8/11/2008 |
| **CASE TITLE** | USA vs. Claude McKay, III | | |

**DOCKET ENTRY TEXT**

Case called for hearing regarding status of bond. Hearing continued to 8/26/08 at 10:00 a.m. Bond to stand.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | VKD |
|---|---|---|