AUSAS Thomas D. Shakeshaft, (312)886-0667
Lindsay Jenkins, (312) 353-0962

## UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

CLAUDE MCKAY III

**WARRANT FOR ARREST**

CASE NUMBER: 08 CR 561

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CLAUDE MCKAY III__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment   __ Information   X Complaint   __ Order of court   __ Violation Notice   __ Probation Violation Petition

charging him or her with   (brief description of offense)

**conspiracy to knowingly and intentionally distribute and possess with intent to distribute a controlled substance, namely, a kilogram or more of heroin, a Schedule I Narcotic Drug Controlled Substance, and five kilograms or more of cocaine, a Schedule II Narcotic Drug Controlled Substance,**

FILED
8-29-08
AUG 29 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

in violation of Title __21__ United States Code, Section(s) __846 and 841__

__MORTON DENLOW__
Name of Issuing Officer

*Morton Denlow* (signature)
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

July 16, 2008
Chicago, Illinois
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>07-16-08 | DATE AND TIME WARRANT EXECUTED<br>07-17-08  8:30 Am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Eric Duarte | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>Claude McKay III | | |

### CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_____

Subcribed, sworn to, and returned before me this date.

_____        _____
U.S. Judge or Magistrate                                Date