## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 561 - 2 | **DATE** | 9/3/2008 |
| **CASE TITLE** | United States of America vs. Claude McKay, III | | |

**DOCKET ENTRY TEXT**

Pursuant to a request by Defendant's counsel, and there being no objection from the Government, hearing regarding the status of bond set for 9/3/08 at 10:30 a.m. is stricken.  Hearing reset to 9/5/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|